CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 29 2005

JOHN F. CORCORAN, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| EDWARD H. SAUNDERS, <br> Plaintiff, <br><br> v. <br><br> BUREAU OF PRISONS, et als., <br> Defendants. | Civil Action No. 7:05cv00028 <br><br> FINAL ORDER <br> ~~MEMORANDUM OPINION~~ <br><br> By: Jackson L. Kiser <br> Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 29th day of April, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Judge